UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. 26-30524
Originating No. 1:26-CR-37-08

**STEWART JENKINS,**

Defendant.
_______________________________________/

**GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **STEWART JENKINS** to answer charges pending in another federal district, and states:

**1.** On **August 28, 2026**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of West Virginia based on an Indictment charging violations of 21 USC Sections 846 and 841(b)(1)(B) and (C) – Conspiracy to Distribute Controlled Substances; 21 USC Sections 841(a)(1) and 841(b)(1)(C) – Distribution of Fentanyl and Cocaine Base; 21 USC Sections 841(a)(1) and 841(b)(1)(B) and 18 USC Section 2 – Aiding and Abetting the Possession with the Intent to Distribute Fentanyl and Cocaine Base; and 21 USC Section 856(a)(2) – Maintaining Drug-Involved Premises.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 28, 2026